**Fletcher J. MITCHELL, Plaintiff— Appellant,**

v.

**PUBLIC DEFENDER'S OFFICE, FOR THE CITY OF VIRGINIA BEACH; Ben Pavek, III, Esquire, Senior Assistant Public Defender, Defendants— Appellees.**

No. 04–7307.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 27, 2005.

Decided: Feb. 2, 2005.

Fletcher J. Mitchell, Appellant pro se.

Before LUTTIG and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Fletcher J. Mitchell appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Mitchell's motion for appointment of counsel and affirm for the reasons stated by the district court. *See Mitchell v. Public Defender's Office*, No. CA–04–378–2 (E.D. Va. June 29, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*